VINCENT MILLER (CALIFORNIA SBN 291973)
The Law Offices of Vincent Miller
14724 Ventura Boulevard, Penthouse
Sherman Oaks, CA 91403-3513
Telephone: (213) 948-5702

Attorney for Plaintiff Jennifer O'Neill

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JENNIFER O'NEILL,

        Plaintiff,

v.

HEDDA A. MOYE, aka HEDDA MOYE
LEONARDI, an individual; CEDRIC
LEONARDI, an individual; GYPSY SOUND
REVOLUTION, aka GIPSY SOUND
REVOLUTION; and DOES 1-10, inclusive

        Defendants.

_____

CASE NO: 2:16-cv-2912

**AMENDED JUDGMENT**

After the issues having been duly heard and careful consideration of Plaintiff's and Defendants' papers, combined with the Court's familiarity with the allegations in this case, the Plaintiff's Motion for Entry of Amended Judgment is granted in part.

## Disposition

The Clerk of Court is instructed to enter **AMENDED DEFAULT JUDGMENT** as follows:

    1.    Judgment entered in favor of Plaintiff Jennifer O'Neill and against

        Defendants Hedda A. Moye aka Hedda Moye Leonardi, Cedric Leonardi,

and Gypsy Sound Revolution aka Gipsy Sound Revolution aka Gypsy Revolution, LLC, for a total of $40,000, with the Defendants jointly and severally liable.

2.  Judgment entered in favor of Plaintiff Jennifer O'Neill and against Defendant Hedda A. Moye aka Hedda Moye Leonardi for an additional total of $16,000.

3.  A permanent injunction as to Defendant Hedda A. Moye aka Hedda Moye Leonardi:

a. Enjoining her from using excerpts and any other materials from the Work ("The Real Fame Monster") in any manner;
b. Defendant shall destroy all digital copies of the Work in her possession and return all "hard copy" Work materials in her possession to the Plaintiff within 30 days.

It is **SO ORDERED**.

Dated at Los Angeles, California, this 26th day of October 2017.

_____
The Honorable John F. Walter
United States District Judge